UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 3:23-cr-5/TKW

LAQUISHA MCFARLAND
_____/

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **LAQUISHA MCFARLAND**, to Counts One and Four of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 28th day of August, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**